■ DONALD COHEN, Appellant, v FIRST UNUM LIFE INSURANCE COMPANY, Respondent. [888 NYS2d 747]

Plaintiff's efforts to create an ambiguity in the insurance policy are unavailing (*see Moore v Kopel*, 237 AD2d 124, 125 [1997]). The term "disability period" as used in the policy is reasonably susceptible of only one meaning. An unsupported hearsay statement attributed by plaintiff to a purported agent of defendant neither changes the policy's terms nor renders them ambiguous (*see Kass v Kass*, 91 NY2d 554, 566 [1998]).

We have considered and rejected plaintiff's remaining contention. Concur—Gonzalez, P.J., Tom, Andrias, Nardelli and Richter, JJ.